IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>                                      ) <br>        Plaintiff,           ) <br>                                        ) <br> v.                                  ) <br>                                        ) <br> FRANCISCO JIMINEZ-RECIO,  ) <br> and ADRIAN LOPEZ-MEZA,     ) <br>                                      ) <br>        Defendants.      ) <br> _____) | Case No. CR-97-103-S-BLW <br><br> **ORDER AMENDING** <br> **JUDGMENTS IN A** <br> **CRIMINAL CASE** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Judgment in a Criminal Case as to Adrian Lopez-Meza (Docket No. 179) be DEEMED STRICKEN on the ground that the single conspiracy count on which he was convicted was reversed by the Ninth Circuit and then dismissed by the Government in the Order filed June 7, 2005 (Docket No. 235).

IT IS FURTHER ORDERED, that the Marshal release Adrian Lopez-Meza from any incarceration resulting from his conviction on this conspiracy count. This does not affect any detainers, state court charges, or other holds on the defendant.

**Order Amending Judgments in a Criminal Case - 1**

IT IS FURTHER ORDERED that the Judgment in a Criminal Case as to Francisco Jimenez Recio (Docket No. 178) is AMENDED to strike the conspiracy count on the ground that it was reversed by the Ninth Circuit and then dismissed by the Government in the Order filed June 7, 2005 (Docket No. 235).

DATED: **June 17, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Amending Judgments in a Criminal Case - 2**